AO 241 (Rev. 12/04)

227

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Delaware |
|---|---|
| Name (under which you were convicted): Superior Court New Castle County | Docket or Case No.: 0182006387 0303004 |
| Place of Confinement: Delaware Correctional Center | Prisoner No.: 454748 |

Petitioner (include the name under which you were convicted): Johnny Lopez

v.

Respondent (authorized person having custody of petitioner): Warden Phelps

The Attorney General of the State of: Beau Biden

### PETITION

FILED APR 21 2008

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Superior Court New Castle County, DE

   (b) Criminal docket or case number (if you know): 0182006387 & 0303004588

2. (a) Date of the judgment of conviction (if you know): 11-21-03
   (b) Date of sentencing: 11-21-03

3. Length of sentence: 18 years Level 5 followed by probation

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:
   Traffic Col. Pos w/I to Deliver Maintain Dwelling, Drug Paraphernalia

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty        ☐ (4) Insanity plea

AO 241 (Rev. 12/04)                                                                                           Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)
☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
☑ Yes    ☐ No

8. Did you appeal from the judgment of conviction?
☑ Yes    ☐ No

9. If you did appeal, answer the following:
(a) Name of court: Supreme Court Delaware
(b) Docket or case number (if you know): 77, 2008
(c) Result: Affirm
(d) Date of result (if you know): 3-28-2008
(e) Citation to the case (if you know):
(f) Grounds raised:

Ineffective Assistance to Counsel
Illegal Search & Seizure
Poss W/I to Deliver
Denied right to Pro Se

(g) Did you seek further review by a higher state court?    ☑ Yes    ☐ No

If yes, answer the following:
(1) Name of court: Supreme Court Delaware
(2) Docket or case number (if you know): 77, 2008
(3) Result: Affirm
(4) Date of result (if you know): 3-28-2008

◈AO 241
(Rev. 12/04)

Page 4

(5) Citation to the case (if you know):

(6) Grounds raised:

Ineffective assistance to counsel
Illigel Search and Seizure
Poss W/I to Deliver    Denied Right to Pro Se

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☒ Yes    ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): 77,008

(2) Result: Affirm

(3) Date of result (if you know): 3-28-2008

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☒ Yes    ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: Superior Court New Castle Canty, DE

(2) Docket or case number (if you know): 0303204588

(3) Date of filing (if you know): 12-7-07

(4) Nature of the proceeding: Denied

(5) Grounds raised:

Ineffective assistance to counsel
Illigel Search and Seizure
Poss W/I to Deliver
Denied right to Pro Se

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result:

(8) Date of result (if you know):

AO 241 (Rev. 12/04)

Page 5

   (b) If you filed any second petition, application, or motion, give the same information:

      (1) Name of court:

      (2) Docket or case number (if you know):

      (3) Date of filing (if you know):

      (4) Nature of the proceeding:

      (5) Grounds raised:

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes   ☐ No

      (7) Result:

      (8) Date of result (if you know):

   (c) If you filed any third petition, application, or motion, give the same information:

      (1) Name of court:

      (2) Docket or case number (if you know):

      (3) Date of filing (if you know):

      (4) Nature of the proceeding:

      (5) Grounds raised:

◆AO 241 (Rev. 12/04)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:  ☑ Yes  ☐ No
(2) Second petition: ☐ Yes  ☐ No
(3) Third petition:  ☐ Yes  ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Ineffective assistance to counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On June 26, we go for suppression hearing. The public defender doesn't use any memoranda in support of his motion to suppress. Also they don't use any memoranda argument. They didn't do a request for the search warrant. They refused to call my probation officer to testify at the suppression hearing. He refused to present evidence that I gave him in my defense. And my suppression hearing was denied.

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241 (Rev. 12/04)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 61

Name and location of the court where the motion or petition was filed:
Superior Court New Castle County, DE

Docket or case number (if you know): 83038084388

Date of the court's decision: 1-25-2008

Result (attach a copy of the court's opinion or order, if available):
Denied

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No
(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
Supreme Court State of Delaware

Docket or case number (if you know): 77, 2008

Date of the court's decision: 3-28-2008

Result (attach a copy of the court's opinion or order, if available):
Affirm

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241                                                      Page 8
(Rev. 12/04)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** Poss W/I to Deliver, Insufficient evidence to Support conviction of Poss. W/I to deliver

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The State of Delaware didn't present evidence but they convicted me of Poss. W/I to Deliver. The State didn't prove that the drugs were in my personal poss. They never proved that I made any transactions to another person. No witness testified that I was selling drugs to anybody. The Wilmington police charged me with Poss. W/I to Deliver because 1 gram was in a bag. See page 16 Preliminary Hearing 3-17-03

(b) If you did not exhaust your state remedies on Ground Two, explain why:

I do appeal this issue in Supreme Court but they never address the issue. And now they try to use it against me.

(c)      **Direct Appeal of Ground Two:**

         (1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes    ☐ No

         (2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d)      **Post-Conviction Proceedings:**

         (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

              ☑ Yes    ☐ No

         (2) If your answer to Question (d)(1) is "Yes," state:

         Type of motion or petition: Rule 61 I-3

         Name and location of the court where the motion or petition was filed:

Superior Court, New Castle County DE

         Docket or case number (if you know): 8303041588

         Date of the court's decision: 1-28-2008

AO 241 (Rev. 12/04)                                                                                                              Page 9

Result (attach a copy of the court's opinion or order, if available):

*Denied*

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

*Supreme Court State of Delaware*

Docket or case number (if you know):  *77, 2008*

Date of the court's decision:  *3-28-2008*

Result (attach a copy of the court's opinion or order, if available):

*Affirm*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

**GROUND THREE:** *Illigal Search and Seizure*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*There was no probable cause for search of the property. There was no criminal activity at the house. They didn't have a administrative search warrant or any other kind of search warrant. They use excuse for dirty urine to search the house. They violated my probation because I got another charge. See Suppression hearing transcripts from June 27, 2008*

AO 241                                                                                                                       Page 10
(Rev. 12/04)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c)     **Direct Appeal of Ground Three:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

        (2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☒ Yes   ☐ No

        (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 61

Name and location of the court where the motion or petition was filed:
Superior Court New Castle County, DE

Docket or case number (if you know): 8303004588

Date of the court's decision: 1-23-08

Result (attach a copy of the court's opinion or order, if available):
Denied

        (3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

        (4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

        (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

        (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
Supreme Court State of Delaware

Docket or case number (if you know): 77, 2008

Date of the court's decision: 3-28-08

Result (attach a copy of the court's opinion or order, if available): Affirm

◈AO 241 (Rev. 12/04)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** Denied my right to Pro Se

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On March 17, 2003 I represented myself and I decided to continue my case. On June 26, 2003 Judge Richard S Gebelein denied my right to Pro Se and appointed a Public Defender to my case and didn't give me no explanation. I never request for any lawyer representation. The Courts violated my rights and forced me to keep Public Defender. That decision was unconstitutional. I never recognize the public defender in my case. See letter from April 11, 2003. From PD to the Court and See letter from April 19 from PD to the Court.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 61

AO 241 (Rev. 12/04)                                                                                                                    Page 12

Name and location of the court where the motion or petition was filed:

Superior Court New Castle County, DE

Docket or case number (if you know): 8303204588

Date of the court's decision: 1-25-08

Result (attach a copy of the court's opinion or order, if available):

Denied

(3) Did you receive a hearing on your motion or petition?                          ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?                     ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Supreme Court State of Delaware

Docket or case number (if you know): 72, 2008

Date of the court's decision: 3-28-08

Result (attach a copy of the court's opinion or order, if available): Affirm

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241                                                                                      Page 13
(Rev. 12/04)

13.    Please answer these additional questions about the petition you are filing:

      (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes    ☐ No

             If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

      (b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☒ Yes    ☐ No

         If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. District Court - 1985 Habeas Corpus Illigel Search and Seizure and unconstitutional Jury Selection denied

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes    ☒ No

         If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

AO 241 (Rev. 12/04)

Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 12/04)

Page 15

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 12/04)    Page 16

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __4-13-08__ (month, date, year).

Executed (signed) on __4-13-08__ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_____
[insert appropriate court]

* * * * *